CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
August 06, 2025
LAURA A. AUSTIN, CLERK
BY: s/ M.Poff, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| THAD GILBERT COOPER, | )<br>) |
| Plaintiff, | )<br>)  Case No. 7:23-cv-00772<br>) |
| v. | )  **MEMORANDUM OPINION**<br>) |
| WALLENS RIDGE STATE PRISON, *et al.*, | )  By:   Hon. Thomas T. Cullen<br>)          United States District Judge<br>) |
| Defendants. | ) |

Plaintiff Thad Gilbert Cooper, proceeding *pro se*, filed this action under 42 U.S.C. § 1983 against Defendants Wallens Ridge State Prison and Corrections Officer Johnson.[1] (*See* Compl. at 1 [ECF No. 1].) By Order entered November 30, 2023, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (Order, Nov. 30, 2023 [ECF No. 5].) The court further advised Plaintiff that him failure to provide an updated address would result in dismissal of this action. (*See id.*; *see also* Order, Dec. 20, 2023 [ECF No. 7] (advising the same).)

On April 21, 2025, and again on April 28, 2025, orders mailed to Plaintiff were returned to the court as undeliverable, indicating that Plaintiff is no longer incarcerated at Rappahannock Regional Jail, and providing no forwarding address. (*See* Returned Mail [ECF Nos. 38, 39].) To date, Plaintiff has not provided the court with an updated address or made any further filings in support of this action.

According, the court will dismiss this action without prejudice for failure to comply with the court's orders. *See* Fed. R. Civ. P. 41(b). The court notes that this dismissal is without

---

[1] Plaintiff also brought a claim against Dr. Mullens, but that claim was dismissed. (*See* Or., Mar. 24, 2025 [ECF No. 29].)

prejudice to Plaintiff's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

  **ENTERED** this 6th day of August, 2025.

                */s/ Thomas T. Cullen*
                HON. THOMAS T. CULLEN
                UNITED STATES DISTRICT JUDGE